No. 82–390. BAILEY ET AL. *v.* BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. Sup. Jud. Ct. Mass.

Certiorari denied.